Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

HARPAL SINGH KACHUR

     v.

JOSEPH FREDEN

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 26-CV-169

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court grants Respondents' motion to dismiss (Dkt. 10), denies the relief requested in the petition (Dkt. 1), and denies the balance of Petitioner's temporary restraining order/preliminary injunction motion (Dkt. 4).

Date: March 3, 2026

ANDREW W. MOELLER
CLERK OF COURT

By: s / Donna
    Deputy Clerk